FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 27 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: APPLICATION OF<br>DELTA AIR LINES, INC.,<br><br>Applicant | )<br>)<br>)<br>)<br>)  Civil Action No. 1 09-MI-0205<br>) |

## APPLICATION FOR ORDER UNDER 28 U.S.C. § 1782

Applicant, Delta Air Lines, Inc. (hereinafter "Delta"), respectfully files this Application and Memorandum of Law in Support of Application and would show the Court:

1. In 1996, an action entitled Delta Air Lines, Inc. v. Continental Travels Ltd., L.L.C. (hereinafter "Continental") was commenced in Riyadh, Saudi Arabia. The case is still pending before the Board of Grievances which sits as the court rendering judgment in the matter.

2. Delta Air Lines, Inc. is a Delaware corporation registered to do business in Georgia with its principal place of business in Atlanta, Georgia.

3. Continental is a Saudi Arabian corporation with an office in Riyadh, Saudi Arabia.

4. This Court has jurisdiction to hear this matter pursuant to 28 U.S.C. § 1782.

5. In the Saudi Arabian action, Delta asserts Continental owes Delta Four Million Five Hundred Thousand ($4,500,000.00) Dollars (U.S.) as a General Sales Agent for airline ticket sales.

6. The action includes a counter-claim by Continental to recover an alleged overpayment made by Continental to Delta in connection with travel related services performed by Continental.

7. Delta, a United States corporation, as a party to foreign litigation has an interest in the action, in that Delta is defending against the counter-claim seeking reimbursement of overpayment of funds paid by Continental, a Saudi Arabian corporation.

8. Edward M. Smith resides at 2510 Manor Walk, Decatur, Georgia 30030. He is Director Finance, Sales, Marketing and International for Delta.

9.  It is necessary for Delta to procure the testimony of Edward M. Smith for use in the Saudi action as requested by the Saudi Board of Grievances to assist it in rendering judgment in this case.

10. Applicant Delta respectfully requests an Order of this Court (proposed Order is attached herewith) referring the matter to a Federal Magistrate Judge to take the sworn testimony of Edward M. Smith for use in the Saudi action pursuant to 28 U.S.C. § 1782 because the Board of Grievances in Riyadh, Saudi Arabia, where the action is pending, will only accept the testimony if it is taken by a United States Federal Judge.

11. The Saudi Arabian Court will not accept a sworn statement taken by a non-judicial person delegated to take a deposition or a court reporter. According to Saudi procedural law, the sworn testimony must be taken by a judge, not a Commissioner, a court reporter, or any other delegate.

WHEREFORE, Applicant Delta requests an Order of this Court pursuant to 28 U.S.C. § 1782 directing that the sworn testimony of Edward M. Smith be taken, in such a manner and under such conditions and restrictions as the Court may prescribe, for use in the action entitled Delta Air Lines, Inc. v. Continental Travels Ltd., L.L.C. now pending before the Board of Grievances in Riyadh,

Saudi Arabia and appointing a Federal Magistrate Judge to take such sworn testimony.

Dated: May 22, 2009

/s/ Mark C. Fava
Mark C. Fava
Georgia Bar 256462
Mark.fava@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
Liberty Center / Suite 600
151 Meeting Street
Charleston, SC 29401
PH: 843-853-5200
FX: 843-534-4235

Rebecca B. Phalen
Georgia Bar 575197
Rebecca.phalen@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
PH: 404-322-6130
FX: 404-322-6089

**ATTORNEYS FOR DELTA AIR LINES, INC.**