FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 27 2009

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: APPLICATION OF ) | |
| DELTA AIR LINES, INC., ) | |
| ) | 1 09-MI-0205 |
| Applicant ) | Civil Action No. _____ |
| ) | |

## MEMORANDUM OF LAW IN SUPPORT OF APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782

### INTRODUCTION

This Memorandum is submitted in support of the Application of Delta Air Lines, Inc. (hereinafter "Delta") for an Order appointing a Federal Magistrate Judge to obtain sworn testimony requested by Delta for use in a civil hearing pending before a Saudi Arabian judicial body in Riyadh, Saudi Arabia. Delta requests this evidence for use in a dispute over remittances and finances pertaining to airline ticket sales by Continental Travels Ltd., L.L.C. (hereinafter "Continental"), a Saudi Arabian travel company. The Board of Grievances, the applicable Saudi judicial body, has requested sworn testimony from a Delta witness who resides within this Court's jurisdiction, to assist it in rendering a

final judgment on Delta's claim. This Application is based upon a request from Delta, an interested party to the civil suit in Saudi Arabia.

## BACKGROUND

Delta Air Lines, Inc. is a Delaware corporation registered to do business in Georgia with a principal place of business in Atlanta, Georgia. Continental Travels Ltd., L.L.C. is a Saudi Arabian corporation with an office in Rihadh, Saudi Arabia. In 1996, Delta entered into an agreement with Continental whereby Continental would sell airline tickets as a general sales agent for Delta. Later, a dispute arose between Delta and Continental over fees associated with airline ticket sales and Delta filed a claim against Continental in the Board of Grievances for Four Million Five Hundred Thousand ($4,500,000.00) Dollars (U.S.) representing the value of airline tickets issued by Continental in addition to other claims for banking charges and attorney's fees. Continental counter-claimed seeking damages from Delta. The case is still pending before the Board of Grievances.

The Board of Grievances is a Saudi Judicial tribunal with jurisdiction to hear, *inter alia*, certain types of commercial disputes including the case between

Delta and Continental. In an effort to resolve the claims, the Board of Grievances appointed an expert auditor to assess whether Delta owed Continental any money. That auditor could not substantiate Continental's claims that Delta owed Continental any money. The Saudi Board of Grievances also found that Continental owed to Delta the sum of Three Million Six Hundred Thousand ($3,600,000.00) Dollars (U.S.). Delta has appealed this assessment. The Saudi Board of Grievances stated that, in accordance with Saudi Procedural law, in addition to the auditor's assessment, the Board would also need a sworn statement from a Delta official denying any debt to Continental in order to render a final judgment in the case.

The Saudi Board of Grievances has indicated that a Delta employee's sworn statement, taken by a Federal Magistrate Judge, will allow the Saudi Board of Grievances to render a final judgment in this case. Edward M. Smith, 2510 Manor Walk, Decatur, Georgia 30030, is employed by Delta in his capacity as Director Finance, Sales, Marketing and International, and has been identified as the person to provide sworn testimony that Delta does not owe Continental any money. For these reasons, Delta respectfully requests this Court to grant its Application.

## LEGAL STANDARD

This Court has the discretion to grant or deny an application under 28 U.S.C. § 1782. *See* In re Application of Roz Trading Ltd., 469 F.Supp.2d 1221, 1228 (N.D. Ga. 2006) (hereinafter "Roz"). In pertinent part, Section 1782 provides: "[t]he district court of the district in which a person resides or is found may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international tribunal. . . ." Roz, 469 F.Supp.2d at 1223. "The order may be made pursuant to a letter rogatory issued, or request made, by a foreign or international tribunal or upon the application of any interested person and may direct that the testimony or statement be given, or the document or other thing be produced, before a person appointed by the court." Id. at 1223.

The court may entertain the Petitioner's request if: "i) the target of the discovery 'resides or is found' within the District; ii) the requesting party is a foreign or international tribunal or an 'interested person' in the foreign proceeding; and iii) the discovery is requested 'for use in a proceeding in a foreign or international tribunal.'" Id. at 1223. (quoting § 1782). The United States Supreme Court has stated that § 1782(a) "requires only that a dispositive

ruling by the [tribunal] . . . be within reasonable contemplation." <u>Intel Corp. v. Advanced Micro Devices, Inc.</u>, 542 U.S. 241, 259, 124 S.Ct. 2466, 2480 (2004).

## LEGAL ANALYSIS

Based upon the facts set forth in Delta's Application, Delta's request comes within the purview of 25 U.S.C. § 1782. Delta is a party in international litigation pending in Saudi Arabia. It qualifies as an interested party according to the statute. The dispute is currently being heard by the Board of Grievances in Riyadh, Saudi Arabia. The Delta employee who will offer the statement for use in the Saudi court is subject to the jurisdiction of this Court and will provide testimony to assist the Saudi body in rendering its decision.

## CONCLUSION

For the foregoing reasons, Delta respectfully requests this Court to issue an Order pursuant to 28 U.S.C. § 1782, appointing and authorizing a Federal Magistrate Judge to take the sworn testimony of Edward M. Smith and to adopt such procedures in the receipt of the evidence that are consistent with the intended use thereof in Saudi Arabia.

Dated: May 22, 2009

_____
Mark C. Fava
Georgia Bar 256462
Mark.fava@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
Liberty Center / Suite 600
151 Meeting Street
Charleston SC 29401
PH: 843-853-5200
FX: 843-534-4235

Rebecca B. Phalen
Georgia Bar 575197
Rebecca.phalen@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
PH: 404-322-6130
FX: 404-322-6089

**ATTORNEYS FOR DELTA AIR LINES, INC.**