RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 27 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| IN RE: APPLICATION OF DELTA AIR LINES, INC., <br><br>　　　　　　　　Applicant | ) <br> ) <br> ) <br> ) **1 09-MI-0205** <br> ) <br> ) Civil Action No. _____ <br> ) |

## ORDER

This Application of Delta Air Lines, Inc. (hereinafter "Delta") is before this Court pursuant to a request by the Applicant Delta for an order to allow testimony pursuant to 28 U.S.C. § 1782. It appears to the Court that Edward M. Smith, a resident of this judicial district, has knowledge of facts material to the defense of the action, entitled Delta Air Lines, Inc. v. Continental Travels, Ltd., L.L.C. (hereinafter "Continental") now pending in the Board of Grievances in Riyadh, Saudi Arabia. It further appears that justice will be served by the taking of the sworn testimony of Edward M. Smith for use in that foreign action and the statutorial and jurisdictional requirements of 28 U.S.C. § 1782 are met by the Applicant Delta; therefore,

IT IS THEREFORE ORDERED, that the Application of Delta Air Lines, Inc. is GRANTED and that the matter be referred to a Federal Magistrate Judge with full power to take the sworn statement of Edward M. Smith that Continental is not entitled to the amounts it claims against Delta, where none of these claims could be substantiated by the expert auditor in the foreign action.

IT IS FURTHER ORDERED, that such testimony be coordinated with the Applicant Delta and the Federal Magistrate Judge to occur at a time convenient to the Court, but no later than within thirty (30) days from the date of this Order.

IT IS SO ORDERED.

Dated: _____, 2009

_____
*[Name of Judge]*